


## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FILED 7/1/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| Plaintiff: United States of America | ) | Case: number 1:25-CR-00334 |
|  | ) |  |
|  | ) | Judge: Cummings |
| vs | ) | Magistrate: David |
|  | ) |  |
| Defendant: Keisha S. Smith |  |  |

## Motion

## Petition for Change of Venue

Now here comes forth Keisha S. Smith of the state of Illinois petitioning the Federal United States District Court of Northern Illinois for a change of venue for violation of several Constitutional rights.

I've had several death threats, harassment, discrimination, bias, prejudice, and defamation, from several jurisdictions through law enforcement, through district courts, through state courts, and the federal courts.

This is a petition for a motion for change of venue and change of Judge, the change of the courts from the federal court to the United States Supreme Court which has brought forth this case against me. The United States of America in 1:25-CR-00334 has filed an indictment against Keisha S. Smith in the Northern District Court of Illinois after refusing me a proper hearing and trial. Civil Rule of Procedure 21 allows a case to be transferred for trial for cases of extreme prejudice upon the defendants motion.

Here comes forth defendant Keisha S.Smith of Cook County Illinois to transfer the proceeding that is against me personally as the defendant in this case brought forth by the United States of America 1:25-CR-00334 that;s so great of a prejudice against me the defendant Keisha S.

Smith states that transferring this case from the Northern District of Illinois Federal court to the Supreme Court of the United States of America is the only way for a fair and impartial trial.

In not just this case but in all matters and cases that I have filed , cases are being held as it's been on all of the other case filings.

I cannot obtain a fair trial and impartial trial in the state of Illinois with case 1:25-CV-00334 that is presently scheduled for arraignment.

Case 1:23-CV-4123 was dismissed with prejudice by Magistrate Judge Andrea Woods after holding the case for several months and into a year, the judge dismissed with prejudice. Every motion and injunction was ignored down to the initial fee waiver, everything was held back.

The case was never tried or heard disallowing me to have an opportunity regarding First Amendment Right and my Constitutional right for the case to be tried and for the case to be heard.

On December 28th 2023 US District Court for the Northern District of Illinois placed a "executive order" by a "executive committee" and other statutory action that was placed against me without my knowledge 23 CV 17121 The docket was last retrieved on December 28th 2023 and then a more recent update to that docket the filing was an executive committee order on December 22nd 2023 stated that Keisha S.Smith gained access to a secured corridor and a Judicial officers Chambers ( Chief Judge Rebecca Pallmeyer)  and was insistent on speaking with a Judicial officer regarding my ongoing civil case and became confrontational when told that my request was unacceptable and not allowed.

The  federal court states that I inappropriately had conducted myself to raise concerns. It was stated among the court, the clerk's office, and the US Marshal Service, and the Court's "Executive Committee"  found that there is sufficient cause  for concern regarding defendant Keisha S. Smith  that if  " he is not escorted during his time in the Dirksen Federal Building the US courthouse in Chicago Illinois or their Rozankowski courthouse in Rockford Illinois it was order that to maintain judicial security that Ms. Keisha S.  Smith was ordered to sign in upon arrival at the Dirksen US courthouse at 219 South Dearborn Street Chicago Illinois 60604 or in

the Stanley J Roszkowski US courthouse at 327 South Church Street Rockford Illinois 61101. It was further ordered that a representative of the US Marshal Service would accompany me at all times while "he" is present at the Dirksen US Courthouse or in the Stanley J. Rostenkowski

US courthouse and it is further ordered that a miscellaneous file with the title in the matter of Keisha S. Smith and case number 23cv17121 shall serve as repository of this order and any order or minute ordered entered pursuing to this order the clerk will also maintain a miscellaneous docket associated with the file all orders retained in the file will be entered on the docket following standard docketing procedures. It is also ordered that the clerk shall hold a copy of this order to be left at the security desk in the lobby to hand to Keisha S. Smith the next time she enters one of the courthouses of the northern district of Illinois signed by the "Executive Committee" on December 28th 2023

I was never notified of this order, I was never issued any information regarding this order, and I was never mailed any notifications. This order went into effect after I was buzzed intp the two secured doors of the judges chambers by her law clerks. I'd asked to leave the envelope and have the information provided specifically to her ( Chief Judge Rebecca Pallmeyer) and she agreed.

I spoke and thanked the two clerks and we bidded one another a happy holiday and I left the chambers I was allowed in and buzzed in.

I returned to ask the clerk how to schedule a meeting with the Chief Judge.Before I entered the elevators two security officers asked me about commotion in the judge's chambers and I only assumed it was another judge. I was held for questioning and then let go.

I in turn called Chief Judge Rebecca Pallmeyers courtroom Deputy to inquire as to why I was questioned about commotion when there was none. I'd been coming to the building for over a year and never had an issue until I was allowed to submit documents of misconduct regarding Judge Andrea A. Woods then suddenly an "Executive Order" was placed.

I was yelled at by Marshall Johnson and told to leave the building after Marshall Joe Paul came to speak with me because I requested to speak with someone regarding the incident and the security officer took a picture of my identification card.

I submitted documentation that I was allowed by Judge Rebecca Palmeyer and I was allowed to submit the documentation which was a copy of misconduct and the proceedings that was taking place in the building and in the clerk's office with the supervisor Travis Grammar and the filings as well as being heard at that time

I had submitted several motions to be heard. I've made several filings in the case but I was still denied the opportunity to have a fair trial. The information that was documented 1:23-CV-17121 was not provided for me but I found it on the public platform.

I had been classified as him several times in the report from the "Executive Committee". I had been traveling back and forth to the courthouse fouling and making appearances and inquiring about motions and statuses which there was none for almost a year there had never been any prior incidents or situations with me coming into the building other than my own safety and security being compromised due to the nature of the case that I was bringing and presenting before the federal courts.

There was never any record or any communication regarding any incidents other than me getting permission being buzzed inside the judge's chamber and allowed to present the documentation to the judge as I had done. I did not and was not confrontational. I was a bit persistent only by going back to inquire about scheduling an appointment with the judge and I buzzed the door a second time.

So after I was allowed to drop off the documents and the paperwork I went back to see how I could establish a meeting with Honorable Rebecca Palmeyer. The information that was documented in this order 1:23-CV-17121 is invalid and false. I requested to speak with a Marshall and I requested to speak to a supervisor. It;s after that I requested to speak with a false representation that was aired on different platforms. I was not in Judge Rebecca Pallmeyer Chambers for even 4 or 5 minutes.

The two law clerks and the individuals who were there assisted her in requesting her acknowledgement of me being there and to receive the paperwork which she had agreed to receive from me.

I cannot obtain a fair and impartial trial in the state of Illinois or in any district courts based upon the information that I have presented I have pursued cases against it US Marshals as well as the clerks and I have filed police reports prior to and I am still dealing with an extreme level of prejudice and being restricted from having my cases properly presented.

I currently have close to 30 cases that I have filed and none of them have come to the docket. It is the same situation that I've had before in the past and I believe that I will not have a fair hearing or a fair trial. Case 1:23 CV 4123 was dismissed with prejudice case CV 17121 submitted by the "Executive Committee" was improper and false information.
I was thrown out of the building and unable to appeal the decision that I found out from the Magistrate Judge after I had a disconnection with my phone.

False information was given to execute the "Executive Order" that I was told Rebecca Pallmeyer who was Chief Judge at that time signed off on. The Executive Order I later on found out that Rebecca Pallmeyer requested the case number to review. I have been refused the opportunity to communicate back with her. I have been denied communication and the opportunity to verify and validate whether or not the order was accurate and that she actually signed it.

Travis Grammer the supervisor of the clerk's office placed an incorrect heading and title on my original documentation and he held the documentation and it had not gone to the docket in about 30 days between 12 and 30 days. Around August 4th 2023 I filed a police report with the Chicago Police Department after Travis Grammar , the supervisor at the clerk's office threatened to have me arrested and indicted in a subliminal message and also made statements regarding Josh which is another code name for threats against my son's life Justice Israel White . The report from the Chicago Police Department was altered. RD JG369504. Marshall Joe Paul was told not to take the report from me and to investigate when he was initiating a report from me and information regarding why I was stopped by the CSO's.
Marshall Johnson told me to leave the building and I was unable to file an appeal for the case 1:23-CV-4123 I have been threatened to be detained murdered and threatened that my son would be murdered and my daughter if I brought these cases forward there were threats made that I would be illegally detained in the building at 219 South Dearborn Dirksen Federal Building.

I took training in 2023 and completed it to efile online and I was denied access to file and to e-file so that I couldn't e-file and neither could I come into the building without being threatened of being illegally detained.
The court denied me access for e-filing and it was confirmed by Pacer March 2024.

So in 2023 my case was dismissed with prejudice by Magistrate Judge Andrea Woods, In 2024 my information for another case was sent back stating that I needed more information to my complaint and again I was denied access restricted by the courts so that I would not be able to e-file. The same patterns of obstruction of justice through cases held back even currently continue to be repeated.

June 23, 2025 now to July 1, 2025 I have submitted close to 30 cases again e-filed properly and the proper format and none of those cases have been properly processed, not even my response to case 1:25-CR-00334 as of yet. I keep getting the cases back saying that there's problems and there's discrepancies and my submissions are accurate and they are in PDF form.

I've been given false information in the past about documentation and filings having to be held for 12 days which that's against the Civil Rule of Procedure for filings.

The nature of the counterclaim in the suit includes the clerk's office, the federal judge, the Marshal's office, and the building security.

I cannot receive a fair trial or a jury trial in this District or in the state of Illinois. My identity has been compromised and a conspiracy to keep these cases out of circulation has been ongoing for a couple of years. I'm dealing with prejudice, bias, threats, false executive orders. false reasons for not filing and processing my cases, Illegal teams, and blackouts are part of illegal research and have also filtered the court staff. Between deputy clerks and the law clerks there has been an infusion of what I call illegal teams which are paid teams by the US government and illegal sanctions preventing me from moving forward and also allowing illegal documentation to be added to my personal profile and social security number. Traffic cases having false information added to them by the clerks offices happened just on June 30, 2025.

In the past it was credit but currently right now it is traffic and a prevention of cases from moving forward. There are individuals in the clerk's office judges and attorney for the Department of Justice who is representing the United States which is a extreme conflict of interest

I have been denied a copy of the complaint by US Attorney Mary K.McClllendon which had direct conversation and communication with my former Attorney Kevin Drendel who had specific information and details concerning my case as it is presently and the other cases as well Attorney Mary K. McClelland has specific information that she has gathered and conversations when this information was provided to her by my former attorney Kevin Drendel who is no longer my attorney and Thomas Leinenweber.

Mary K. McClelland and my former Kevin Drendel spoke openly and candidly and she encouraged the communication and meeting with Jason Cook. In the past she gave specific permission for me to speak to the investigators, but they refused to speak to both Brett Lenhert and Jason Cook of Homeland Security. So there was mutual communication and my private findings, my evidence, and my investigations that I had conducted was shared with US Attorney Mary K. McClelland confirmed no findings and no investigation were being conducted and verified it with my former attorney Kevin Drendel.

This is a direct conflict of interest for this case to be heard in any federal court and any particular court other than the United States Supreme Court. The Marshal's office, the Gso, Travis Grammer, who is the clerks supervisor, r and the office of Pretrial Services are all being sued by Keisha S. Smith I set this plea and this petition to have this case moved from the federal court to the United States Supreme Court , I have a constitutional right to trial yet Continued corrupt Enterprise has taken place to prevent me from my First Amendment Rights.

For this cause, Civil Rule of Procedure 21 transfer for trial Rule 21A for prejudice a motion to transfer has been made at or before an arraignment or at any other time the court or these rules are subscribed to.

Personal information and evidence has been compromised by local districts and municipalities and law enforcement. I cannot obtain a fair trial or hearing. offenses have been made against me and threats have been made against me and carried out by more than one District in Illinois

in the courts and by several law enforcement agencies. For this reason, the grounds to change venues are being requested. I as the defendant believes the inhabitants of the county, or the state, and now the state at large are prejudice against me and the adverse parties have influenced the other minds of the inhabitants districts of the circuit courts have operated from past to present in prejudice and bias in my efforts to obtain orders of protection and present cases before the state, before domestic violence courts, and before the federal courts.

I've had prior cases with the Circuit Court as well and about 30 that had cases misconstrued and made to be frivolous when they were not frivolous in 2021.

Civil Rule of Procedure 735.ILCS 5/2-101 allows me the right to have this case heard in the United States Supreme Court which has brought this case 1:25-CR-0034. In my response is my counterclaim and my countersuit. I'm also requesting within this petition the opportunity for a change of Judge and change of venue in which I believe only the United States Supreme Court, Chief Justice John Roberts Jr., and the Associate Justices are the only governmental body in position to hear my case and provide the platform for a proper hearing and trial.

**Affidavit**

*I _____ of _____ residing in the county of_____ agree that ProSe Litigant and Keisha S. Smith, the defendant in case 1:25-CR-00334 is entitled to a fair trial and hearing of this case. In accordance with Civil Rule of Procedure 21(a) sets forth the grounds and description classified as extreme prejudice and threfor by statute and prodedure should hereby be granted the change of venue toThe United States Supreme Court and change of judge. On this _____ day of _____, 2025*

_____
*Name:*

_____
*Address:*

_____
*Email:*

_____
*Voice:*

_____